470 A.2d 1044

Commonwealth v. Walters, Appellant.

Petition for Allowance of Appeal
Denied June 5, 1984.

Submitted June 21, 1983.   Elaine DeMasse, Assistant Public Defender, for appellant;   Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.